# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00493-CR

---

**Jarrod Anthonie Scales, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 21-1601-K368
### THE HONORABLE SARAH SOELDNER BRUCHMILLER, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Jarrod Anthonie Scales's appointed counsel, Jessica S. Freud, has filed a motion to withdraw as counsel. In her motion, counsel asserts that good cause exists for her withdrawal because, although she has nearly completed drafting appellant's brief, Scales has made certain demands "regarding the exact contents of [the brief] and the way he wishes that it be filed with the court, to which counsel cannot agree."

Indigent defendants are entitled to the appointment of counsel on appeal. *Cooks v. State*, 240 S.W.3d 906, 910 (Tex. Crim. App. 2007). The legislature, however, has given the trial court the responsibility of appointing counsel in criminal proceedings. Tex. Code Crim. Proc. art. 1.051(d), 26.04(j)(2). When counsel is appointed by the trial court to represent an indigent

defendant on appeal, it is the trial court's responsibility to relieve or replace counsel. *See Enriquez v. State*, 999 S.W.2d 906, 907 (Tex. App.—Waco 1999, no pet.); *Vargas v. State*, No. 03-16-00083-CR, 2016 Tex. App. LEXIS 6863, at *1 (Tex. App.—Austin June 30, 2016, order) (mem. op., not designated for publication).

We therefore dismiss counsel's motion to withdraw, abate the appeal, and remand the cause to the trial court to hold a hearing in accordance with rule 38.8 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.8(b)(2). Upon remand, counsel is instructed to refile her motion to withdraw, and the trial court shall hold a hearing to determine whether to grant the motion. In addition, the trial court shall determine whether Scales still wishes to prosecute his appeal, and if so, the trial court shall make appropriate orders to ensure that appellant is adequately represented on appeal. *See id.* A record of the hearing, including copies of all findings and any orders, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than thirty days from the date of this opinion. *See id.* R. 34.5(c)(2), .6(d) (authorizing supplementation of clerk's and reporter's records).

It is so ordered on August 15, 2024.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated and Remanded

Filed: August 15, 2024

Do Not Publish